

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 6:24-CR-44-REW

DYLAN SCOTT SOUTHERLAND

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1

On or about February 4, 2024, in Laurel County, in the Eastern District of Kentucky,

**DYLAN SCOTT SOUTHERLAND,**

knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Hi-Point, 9mm, semi-automatic pistol bearing serial number P1588196, and the firearm was in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

### COUNT 2

On or about February 4, 2024, in Laurel County, in the Eastern District of Kentucky,

**DYLAN SCOTT SOUTHERLAND**

knowingly and intentionally possessed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 844(a).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1. By virtue of the commission of the felony offense charged in Count 1 this Indictment, **DYLAN SCOTT SOUTHERLAND** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. § 922. Any and all interest that **DYLAN SCOTT SOUTHERLAND** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**
   a. Hi-Point, 9mm, semi-automatic pistol S/N: P1588196; and
   b. All associated ammunition and accessories.

A TRUE BILL

*[signature]*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years of supervised release.

### COUNT 2

Not more than 1 year imprisonment, not less than a $1,000 but not more than a $100,000 fine, and not more than 1 year of supervised release.

**If two prior convictions for a drug, narcotic, or chemical offense**: Not less than 90 days but not more than 3 years imprisonment, not less than a $5,000 but not more than a $250,000 fine, and not more than 1 year of supervised release.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.